UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| NAJEE SABREE BLACKMAN, )<br>)<br>　　　　Plaintiff　　　　)<br>)<br>　v.　　　　　　　　　　　　)<br>)<br>J. DAVID DONAHUE, *et al.*,　)<br>)<br>　　　　Defendants　　　)  | CAUSE NO.  3:06-CV-037 RM |

### ORDER

Najee Sabree Blackman, a *pro se* prisoner, submitted a complaint and a petition to proceed *in forma pauperis*. Mr. Blackman is barred from proceeding *in forma pauperis* by 28 U.S.C. § 1915(g) and was told that he had three strikes in Blackman v. Hanks, 2:04-cv-131 (S.D. Ind. filed June 7, 2004) on June 21, 2004.

> Litigants to whom § 1915(g) applies take heed! An effort to bamboozle the court by seeking permission to proceed in forma pauperis after a federal judge has held that § 1915(g) applies to a particular litigant will lead to immediate termination of the suit. Moreover, the fee remains due, and we held in Newlin v. Helman, 123 F.3d 429, 436-37 (7th Cir. 1997), that unpaid docket fees incurred by litigants subject to § 1915(g) lead straight to an order forbidding further litigation. Sloan's appeal is dismissed for failure to pay the appellate filing and docket fees. Until Sloan has paid in full all outstanding fees and sanctions in all civil actions he has filed, the clerks of all courts in this circuit will return unfiled all papers he tenders. This order does not apply to criminal cases or petitions challenging the terms of his confinement, and may be reexamined in two years under the approach of Newlin and Support Systems International, Inc. v. Mack, 45 F.3d 185 (7th Cir. 1995).

Sloan v. Lesza, 181 F.3d 857, 859 (7th Cir. 1999).

The restriction imposed by this order does "not impede him from making any filings necessary to protect him from imprisonment or other confinement, but

. . . [it does] not let him file any paper in any other suit . . . until he pays the money he owes." Support Sys. Int'l v. Mack, 45 F.3d 185, 186 (7th Cir. 1995)

For the foregoing reasons, the court:

(1) **DISMISSES** this case without prejudice;

(2) **ORDERS** the plaintiff **Najee Sabree Blackman, IDOC # 110245** to pay (and the facility having custody of him to automatically remit) to the clerk of this court 20 percent of the money he receives for each calendar month during which he receives $10.00 or more, until the $250.00 filing fee is paid in full;

(3) **DIRECTS** the clerk of court to return, unfiled, any papers filed in any case by or on behalf of Najee Sabree Blackman (unless filed in a criminal or habeas corpus proceeding) until he has paid in full all outstanding fees and sanctions in all civil actions; and

(4) **DIRECTS** the clerk of court to ensure that a copy of this order is mailed to the facility where the plaintiff is currently housed.

SO ORDERED.

ENTERED: February 9 , 2006

                                                  /s/ Robert L. Miller, Jr.
                                                  Chief Judge
                                                  United States District Court